HAROLD EMERSON, Respondent, *v.* MARY LINCOLN CANDIES, INC., Appellant.

Argued October 14, 1941; decided November 19, 1941.

*Charles J. Wick* for appellant.

*Israel Rumizen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: DESMOND, J.